[This opinion has been published in *Ohio Official Reports* at 80 Ohio St.3d 1220.]

COX, EXR., APPELLANT, *v.* OHIO STATE UNIVERSITY HOSPITALS, APPELLEE.

[Cite as *Cox v. Ohio State Univ. Hosp.*, 1997-Ohio-409.]

*Appeal dismissed as improvidently allowed.*

(No. 96-2335—Submitted November 4, 1997—Decided December 24, 1997.)

APPEAL from the Court of Appeals for Franklin County, No. 96API03-316.

————————

*Spero & Rosenfield Co., L.P.A.,* and *Keith E. Spero*, for appellant.

*Betty D. Montgomery*, Attorney General; *Emens Kegler, Brown, Hill & Ritter, William J. Brown* and *Karl W. Schedler*, for appellee.

*Bricker & Eckler, James J. Hughes, Jr.,* and *Catherine M. Ballard*, urging affirmance for *amicus curiae*, OHA: The Association for Hospitals and Health Systems.

————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

COOK, J., dissents.

————————

**COOK, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

————————